**DISMISS and Opinion Filed January 22, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01136-CV**

**MESSELE KELEL, Appellant**
**V.**
**EDWARD DONEL BITTNER AND ALLSTATE INSURANCE, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04104-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's December 2, 2023 letter informing the Court that he is withdrawing his appeal. We construe appellant's letter as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231136F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MESSELE KELEL, Appellant

No. 05-23-01136-CV     V.

EDWARD DONEL BITTNER AND
ALLSTATE INSURANCE, Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-04104-
E.

Opinion delivered by Chief Justice
Burns. Justices Molberg and Pedersen,
III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees EDWARD DONEL BITTNER AND
ALLSTATE INSURANCE recover their costs of this appeal from appellant
MESSELE KELEL.

Judgment entered January 22, 2024